UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD K. MORRISON,<br><br>Plaintiff,<br><br>v.<br><br>CITIBANK, N.A., et al.,<br><br>Defendants. | Case No. 24-cv-07139-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on January 21, 2025. Having considered the parties' proposals, *see* Dkt. No. 31, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Exchange of Opening Expert Reports | July 7, 2025 |
| Exchange of Rebuttal Expert Reports | July 21, 2025 |
| Close of Fact and Expert Discovery | August 4, 2025 |
| Dispositive Motion Hearing Deadline | September 18, 2025, at 2:00 p.m. |
| Pretrial Conference | December 16, 2025, at 3:00 p.m. |
| Jury Trial (3 days) | January 20, 2026, at 8:30 a.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 1/27/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge