UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD K. MORRISON,<br><br>    Plaintiff,<br><br>    v.<br><br>CITIBANK, N.A., et al.,<br><br>    Defendants. | Case No. 24-cv-07139-HSG<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO SEAL**<br><br>Re: Dkt. No. 38 |

Pending before the Court is Defendants' motion to seal, Dkt. No. 38. Courts generally apply a "compelling reasons" standard when considering motions to seal documents. *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 677–78 (9th Cir. 2010) (quoting *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006)). "This standard derives from the common law right 'to inspect and copy public records and documents, including judicial records and documents.'" *Id.* (quoting *Kamakana*, 447 F.3d at 1178). "[A] strong presumption in favor of access is the starting point." *Kamakana*, 447 F.3d at 1178 (quotations omitted). To overcome this strong presumption, the moving party must "articulate compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure, such as the public interest in understanding the judicial process." *Id.* at 1178–79 (citations, internal quotation marks, and alterations omitted).

Dkt. No. 38 seeks to redact account numbers, birth dates, social security numbers, and other personally identifiable information from four exhibits submitted in connection with Defendants' motion for summary judgment. *See* Dkt. No. 38 at 2. The Court has confirmed that the redactions are narrowly tailored to the personal information at issue. This personal information is "not reasonably necessary for the public to understand the nature of the lawsuit,"

and the Court is persuaded that there is a compelling reason for these redactions. *Bene v. Wells Fargo of San Leandro*, No. 22-CV-06782-HSG, 2024 WL 332895, at *2 (N.D. Cal. Jan. 29, 2024) (permitting redactions of social security numbers, sensitive financial details, and other personal information); *see also* Fed. R. Civ. P. 5.2(a) (requiring redactions of birth dates and social security numbers).  The Court **GRANTS** Defendants' motion to seal.

**IT IS SO ORDERED.**

Dated:   1/15/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge